# Declaration of Diego Erazo

Case 2:19-bk-21271-SK    Doc 6-1    Filed 09/26/19    Entered 09/26/19 16:40:51    Desc
In re:  Eduardo Enrique Vallejo, Debtor.    Declaration of Diego Erazo in Support    Page 1 of 4    Case No. 2:18-bk-21271-SK

Page 13

SHERYL D. NOEL #172551
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
E-mail: snoel@ch-law.com

Attorneys for WHEELS FINANCIAL GROUP, LLC,
dba LoanMart

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>EDUARDO ENRIQUE VALLEJO,<br><br>Debtor(s). | Case No. 2:19-bk-21271-SK<br><br>Chapter 13<br><br>DATE: 10/23/2019<br>TIME: 8:30 a.m.<br>CTRM: 1575, 15th Floor<br>LOCATION: U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Hon. Sandra R. Klein |

**DECLARATION OF DIEGO ERAZO IN SUPPORT OF MOTION OF WHEELS FINANCIAL GROUP, LLC, DBA LOANMART FOR RELIEF FROM THE AUTOMATIC STAY**

I, Diego Erazo, hereby declare as follows:

1. I am an employee of Wheels Financial Group, LLC, dba LoanMart at their offices located in Van Nuys, California. My position is that of Bankruptcy Specialist of Wheels Financial Group, LLC, dba LoanMart ("LoanMart"). I have personal knowledge of the facts set fourth herein. If called as a witness I could, and would, testify to the matters set forth herein.

2. As part of my regular duties as Bankruptcy Specialist of LoanMart, I am in charge of monitoring and collecting loans made by LoanMart to various parties. I have possession, custody and control of the records of LoanMart pertaining to a loan made to Eduardo Enrique

1

Vallejo ("Debtor"). This declaration is based on these records and my review and knowledge thereof and familiarity therewith. These records were made and kept in the regular course of LoanMart's business and contain information that was recorded at or near the time of the transaction in question by persons knowledgeable of the transaction. Further, I have knowledge of and I am involved in the general business operations of LoanMart.

3.      LoanMart is a finance lender licensed by the California Department of Business Oversight (formerly known has the "Department of Corporations") to provide loans to consumers in California, including auto title loans. These loans are typically in the form of a Promissory Note and Security Agreement whereby the consumer grants the lender a security interest in the consumer's motor vehicle.

4.      On or about March 13, 2015, Eduardo Enrique Vallejo signed a Promissory Note and Security Agreement ("Note") in the amount of $6,264.00, and it provided a security interest in his 1974 Alfa-Romeo automobile, vehicle identification number AR3043863 ("Vehicle"). The Note was immediately assigned to LoanMart by Continental Currency Services, Inc. dba CCS; and as a result, LoanMart acquired all of the rights and liabilities with respect to the Note.

5.      LoanMart filed the appropriate documents with the Department of Motor Vehicles thereby perfecting its security interest in the Vehicle. True and correct copies of the Note and Certificate of Title reflecting LoanMart as Lienholder are attached hereto as Exhibits "A" and "B" respectively.

6.      Pursuant to the terms of the Note, Debtor agreed to make forty-two (42) monthly payments in the amount of $550.33 each beginning April 13, 2015. Debtor made his last payment on September 25, 2018. The loan matured on September 13, 2018. Further, the Vehicle is rapidly declining in value.

7.      I reviewed the Black Book guide and based on that guide, the estimated value of LoanMart's collateral is $4,925.00. The valuation is indicated for collateral of the year, make, model and general features from the Black Book guide most commonly used for valuation by LoanMart in the ordinary course of its business for determining the value of this type of collateral. The principal amount owed is $6,264.00, plus accrued interest in the amount of

1  $23,000.07; for a total due of $29,264.07.

2  8.  I caused each payment to be entered into an amortization program (Tvalue) which calculates simple interest on the unpaid principal balance at the annual rate of 102.00%. Attached as Exhibit "C" is a true and correct copy of the amortization schedule which reflects a principal balance of $6,264.00 as of the date of the last payment on September 25, 2018; and it reflects an unpaid accrued interest in the amount of $23,000.07 through September 26, 2019.

9.  Thus, there is no equity in the Vehicle and the value is quickly declining. The loan has matured. A true and correct copy of the Black Book guide is attached hereto as Exhibit "D" respectively.

10. The Debtor did not include his schedules nor a statement of intention with his Voluntary Petition or he plans to pay the secured debt.

11. The Vehicle was impounded by the police for non-registration on August 18, 2019, and Debtor failed to recover and safeguard the Vehicle. LoanMart paid to recover the Vehicle because the Debtor did not. The Vehicle is not operable and cannot be driven because it does not have current registration.

12. The Vehicle is not covered with insurance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26TH day of September 2019, at Van Nuys, California.

DIEGO ERAZO

3
F:\Clients\13506-1800LoanMart\21-Vallejo (Cen Ch 13 MFR)\Husband Bk #2\Dec Diego Erazo-value MFR.wpd
9/26/19 – 3:01 pm

DEC OF DIEGO ERAZO