# EXHIBIT "B"

# Certificate of Title



Exhibit "B"
Page 23 of 27