# EXHIBIT "D"

# Black Book guide



Exhibit "D"
Page 26 of 27

| Contact Information | 8/29/2019 |
|---|---|

Company: 800LoanMart (413820)  
Contact: Fabiola Montes  
E-Mail: fmontes@800loanmart.com  

Telephone: 8182851841  
Fax: 8186544227  

**Notes**

**1974 Alfa-Romeo Spider 1750/2000 Convertible Black Book values as of 8/1/2019**

| Excellent | Good | Fair | Guide |
|---|---|---|---|
| $21,850 | $9,500 | $4,925 | |

UVC: 1974040N23

**Black Book Add/Deducts**

"D"  
Exhibit Page 27 of 27

https://www.lendersolutionsonline.com/print/?document=CPI

8/29/2019