SHERYL D. NOEL #172551
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
E-mail: snoel@ch-law.com

Attorneys for WHEELS FINANCIAL GROUP, LLC,
dba LoanMart

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re: | Case No. 2:19-bk-21271-SK |
|---|---|
| EDUARDO ENRIQUE VALLEJO,<br><br>Debtor(s). | Chapter 13<br><br>**WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE:   10/23/2019<br>TIME:   8:30 a.m.<br>CTRM:   1575, 15th Floor<br>LOCATION:   U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Hon. Sandra R. Klein |

The Parties have resolved the matter thus Creditor, WHEELS FINANCIAL GROUP, LLC, dba LoanMart, hereby withdraws its Motion for Relief from the Automatic Stay filed as Document No. 6 on September 26, 2019.

COLEMAN & HOROWITT, LLP

Dated: October 22, 2019

By:   /s/ Sheryl D. Noel
SHERYL D. NOEL
Attorneys for WHEELS
FINANCIAL GROUP, LLC,
dba LoanMart

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

499 West Shaw Avenue, Suite 116, Fresno, CA 93704

A true and correct copy of the foregoing document entitled (specify): WITHDRAWAL OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/22/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)    EFiling@LATrustee.com
Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com; susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmf
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/22/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Eduardo Enrique Vallejo, 508 N. California Street, Burbank, CA 91505
Judge's copy: Hon. Sandra R. Klein, U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/22/2019 | Kathy Imburgia | /s/ Kathy Imburgia |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE