# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:  
                                                          Case No. 2:19-bk-21271-SK  
                                                          Chapter 13

EDUARDO ENRIQUE VALLEJO  
aka Ed Vallejo,

    Debtor.  
_____/

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Bank of America, N.A. ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**MARINOSCI LAW GROUP, P.C.**  
**Attn: Bankruptcy Department**  
**100 West Cypress Creek Road, Suite 1045**  
**Fort Lauderdale, FL 33309**

**MARINOSCI LAW GROUP, P.C.**  
Authorized Agent for Secured Creditor  
100 West Cypress Creek Road, Suite 1045  
Fort Lauderdale, FL 33309  
Phone: (954) 644-8704 / Fax: (401) 262-2110  
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna  
_____  
FREDERIC DISPIGNA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Request for Notice has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed below on November 22, 2019.

**Eduardo Enrique Vallejo**
508 North California Street
Burbank, CA 91505

**Matthew D. Resnik, Esq.**
Resnik Hayes Moradi LLP
510 West 6th Street
Suite 1220
Los Angeles, CA 90014

*Trustee*
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

 

**MARINOSCI LAW GROUP, P.C**.
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (401) 262-2110
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
_____
FREDERIC DISPIGNA