| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik, Esq. (SBN 182562)<br>RESNIK HAYES MORADI, LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>matt@RHMFirm.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Eduardo Enrique Vallejo | CASE NO.: 2:19-bk-21271-SK<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s). | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Matthew D. Resnik ,
    filed a motion or application (Motion) entitled Motion to Withdraw as Attorney of Record
    .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

   (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2)  Movant will lodge an order that the court may use to grant the Motion; and

   (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  02/14/2020

/s/Matthew D. Resnik
Signature of Movant or attorney for Movant

Matthew D. Resnik
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

## File a Motion:

2:19-bk-21271-SK Eduardo Enrique Vallejo

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: SK | Case Flag: AmdPln13F, Repeat-cacb, RepeatPACER |

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Matthew D. Resnik entered on 2/14/2020 at 11:38 AM PST and filed on 2/14/2020

**Case Name:**     Eduardo Enrique Vallejo
**Case Number:**   2:19-bk-21271-SK
**Document Number:** 32

**Docket Text:**
Motion to Withdraw as Attorney *with proof of service* Filed by Debtor Eduardo Enrique Vallejo (Resnik, Matthew)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Mtn Withdraw.Vallejo.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=2/14/2020] [FileNumber=97231610-0] [78f940907195b7362965ea8e26117b7aae257b9c5cc3c45ae043621cda35581ee4ae4ffed9c160b6b44b0bfdfdf854b15124f14ddfa4715364966b2159a5efee]]

### 2:19-bk-21271-SK Notice will be electronically mailed to:

Frederic J DiSpigna on behalf of Creditor Bank of America, N.A.
fdispigna@mlg-defaultlaw.com, bkecf@mlg-defaultlaw.com

Kathy A Dockery (TR)
EFiling@LATrustee.com

Sheryl D Noel on behalf of Creditor WHEELS FINANCIAL GROUP, LLC, dba Loanmart
snoel@ch-law.com, kimburgia@ch-law.com

Matthew D. Resnik on behalf of Debtor Eduardo Enrique Vallejo
matt@rhmfirm.com,
roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfir

Edward A Treder on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:19-bk-21271-SK Notice will not be electronically mailed to:**

Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
matt@RHMFirm.com

*Attorneys for Debtor*
Eduardo Enrique Vallejo

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>EDUARDO ENRIQUE VALLEJO,<br><br>Debtor. | Case No. 2:19-bk-21271-SK<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND MOTION BY RESNIK HAYES MORADI LLP TO WITHDRAW AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. RESNIK IN SUPPORT THEREOF**<br><br>*[No hearing required pursuant to LBR 9013-1(p)(4).]* |

PLEASE TAKE NOTICE that RESNIK HAYES MORADI LLP (the "Firm")

hereby moves this Court for an order permitting its withdrawal as counsel for Eduardo

Enrique Vallejo (the "Debtor"), effective upon entry of the order granting this Motion.

The Motion is based on irreconcilable differences between the Debtor and the Firm

and the process in moving forward in the Chapter 13 bankruptcy case; the conflict has

made it difficult and burdensome for the Firm to continue to represent the Debtor in any

additional proceedings.

**RESNIK HAYES
MORADI LLP**

1    The Motion is based upon this Notice of Motion and Motion, the attached

2  Declaration, all pleadings and records on file in this case, and upon such other evidentiary

3  matters as may be presented to the Court regarding the Motion.

4    This Motion is filed pursuant to Local Bankruptcy Rule ("LBR") 9013-1(p)[4],

5  which provides for granting of motions without a hearing. The full Motion is attached,

6  including the legal and factual grounds upon which the Motion is made.

7    Any response or opposition to the Motion must be filed with the Court and served

8  on the movant, the Office of the U.S. Trustee, and any other required parties in interest, no

9  later than fourteen (14) days after the date stated on the Proof of Service (not excluding

10  Saturdays, Sundays or legal holidays).

11    Any factual allegations set forth in such written response must be supported by

12  competent and admissible evidence.  Any response or opposition not timely filed and

13  served may be deemed by the Court to be consent to the granting of the relief requested by

14  the Motion.

15

16  Dated:  February 14, 2020                          **RESNIK HAYES MORADI LLP**

17                                        **By:** _____
                                                      /s/ Matthew D. Resnik
18                                                  **Matthew D. Resnik**
                                                   *Attorneys for Debtor*
19                                                 Eduardo Enrique Vallejo

20

21

22

23

24

25

26

27

28

**RESNIK HAYES
MORADI LLP**

**MOTION TO
WITHDRAW**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    NOTICE TO EDUARDO ENRIQUE VALLEJO OF CONSEQUENCES OF WITHDRAWAL

Notice is hereby given, pursuant to Local Bankruptcy Rule ("LBR") 2091-1(c), that if this Motion is granted by the Court, representation by Resnik Hayes Moradi LLP (the "Firm") will end upon entry of the order granting this Motion.

Eduardo Enrique Vallejo (the "Debtor") has been previously advised to immediately seek representation to insure that his rights are not adversely affected by the withdrawal.

### II.    REQUEST TO WITHDRAW

*LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS*

(a) Motion for Withdrawal or Substitution. Except as provided in LBR 2091-1(b), leave of court pursuant to LBR 9013-1(p) is required for:

(1) An attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, to withdraw as counsel.

*LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS*

(c) Notice.

(1) Case. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity in any matter concerning the administration of the case must give notice of the proposed substitution or motion for leave to withdraw to the

3

RESNIK HAYES
MORADI LLP

MOTION TO
WITHDRAW

1   debtor, the United States trustee, any case trustee, any committee appointed in the

2   case, and counsel for any of the foregoing.

3   *LBR 9013-1. MOTION PRACTICE AND CONTESTED MATTERS*

4   (p) Motions and Matters Determined with Notice, but without a Hearing. The

5   following motions may be determined without a hearing after notice provided in the

6   corresponding LBR cited.

7   (4) Motion to Withdraw as Counsel [LBR 2091-1(a)]

8

9   Matthew D. Resnik personally made the Debtor aware of the need to find new

10  counsel over the course of numerous electronic mails and telephone calls.

11  After a breakdown in the relationship and the obvious conflicts, Mr. Resnik advised

12  the Debtor, that he will need to withdraw and requested a substitution.

13

14  **III.    AN ATTORNEY IS PERMITTED TO WITHDRAW WHEN THERE IS A**

15  **BREAKDOWN IN THE COMMUNICATION BETWEEN COUNSEL**

16  **AND THE DEBTOR**

17  Rule 3-700(C)(1)(d) of the California Rules of Professional Conduct permits an

18  attorney to withdraw from representation if the client, "by other conduct renders it

19  unreasonably difficult for the member to carry out the employment effectively…."

20  The breakdown in the attorney-client relationship, and certain acts and omissions

21  (specifically: attempting to pursue a course of action against the Firm's advice, not

22  responding to certain communications, not providing consistent instructions and not

23  clarifying the current status of the engagement), render it unreasonably difficult for the

24  Firm to carry out its representation.

25  Although there is no personal animosity between the Debtor and the Firm, it is clear

26  that the Firm can no longer be useful to the Debtor.  Therefore the Firm should withdraw

27  and allow the Debtor to proceed as he wishes.

28

4

**RESNIK HAYES
MORADI LLP**

**MOTION TO
WITHDRAW**

1  Notice has been provided on no less than six occasions and a motion to withdraw

2  was sent to the Debtor by Matthew Resnik on January 17, 2020 which was confirmed to be

3  received by the Debtor. As of todays date, the Debtor has not voluntarily agreed to

4  substitute out with a new attorney. Due to the nature of the relationship, the Firms

5  withdrawal is requested at this time in order for the Debtor to pursue his objectives in the

6  manner that he desires.

7  Pursuant to Rule 3-700(A)(2), the Firm has taken steps to minimize any prejudice to

8  the Debtor, as discussed above, by notifying the Debtor of its intent to withdraw.

9  The Firm requests that all further notices, pleadings, process and other papers

10  addressed to the Debtor be served by mail to the following address:

11  *Eduardo Enrique Vallejo*

12  *508 North California Street*

13  *Burbank, CA 91505*

14
15  **IV.    CONCLUSION**

16  Based upon the forgoing, counsel for the Debtor, Resnik Hayes Moradi LLP,

17  hereby respectfully requests that the Court issue an order permitting the Firm to withdraw

18  as counsel for the Debtor, effective upon entry of the order granting this Motion.

19
20  Dated:  February 14, 2020                              **RESNIK HAYES MORADI LLP**

21                                                          **By:** _____/s/ Matthew D. Resnik_____

22                                                                    **Matthew D. Resnik**
                                                                   *Attorneys for Debtor*
23                                                                  Eduardo Enrique Vallejo

24
25
26
27
28

# DECLARATION OF MATTHEW D. RESNIK

I, Matthew D. Resnik, declare as follows:

1.    I am an attorney at law licensed in the State of California and authorized to practice before the Federal Courts in the Central District of California, and before this Court.  I am over the age of eighteen (18). I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true. I am counsel for the Debtor herein.

2.    Irreconcilable differences between the Firm and the Debtor have been manifest.  I am reluctant to discuss the details of such differences out of concern for attorney-client confidences, but I emphasize that the breakdown in the attorney-client relationship is clear and unambiguous.

3.    Although there is no personal animosity between the Debtor and the Firm, it is clear that we can no longer be of any help to the Debtor and therefore the Firm should withdraw and allow him to proceed as he wishes.

4.    I personally made the Debtor aware of the need to find new counsel over the course of numerous correspondence and telephone calls.  A motion to withdraw was provided to the Debtor on January 17, 2020 in order for the Debtor to voluntarily find new counsel.

5.    The Debtor has confirmed he has met with counsel but prefers that I continue in the representation.

6.    The filing of this Motion to Withdraw is necessary due to the conflict that may exist between the Debtor and counsel.

7.    I believe the Debtor is better off  pursuing his issues with creditors with someone who is consistent in their beliefs in the same manner as the Debtor.

**RESNIK HAYES
MORADI LLP**

**MOTION TO
WITHDRAW**

1         I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4         Executed on February 14, 2020, at Encino, California.

5

6                                                **/s/ Matthew D. Resnik**
                                            Matthew D. Resnik

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESNIK HAYES
MORADI LLP**

7

**MOTION TO
WITHDRAW**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **510 W. 6th Street, Suite 1220, Los Angeles, CA 90014**

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION AND MOTION BY RESNIK HAYES MORADI LLP TO WITHDRAW AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. RESNIK IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/14/2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page.

- **Frederic J DiSpigna     fdispigna@mlg-defaultlaw.com, bkecf@mlg-defaultlaw.com**
- **Kathy A Dockery (TR)     EFiling@LATrustee.com**
- **Sheryl D Noel     snoel@ch-law.com, kimburgia@ch-law.com**
- **Matthew D. Resnik     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com**
- **Edward A Treder     cdcaecf@bdfgroup.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

**II.  SERVED BY U.S. MAIL:** On **2/14/2020** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**Hon. Sandra R. Klein**
U.S. Bankruptcy Court
Central District – L.A. Division
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

**Eduardo Enrique Vallejo**
**508 North California Street**
**Burbank, CA 91505**

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):

8

**RESNIK HAYES
MORADI LLP**

**MOTION TO
WITHDRAW**

1

2

3

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/14/2020** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

4

5

**To the Debtor via email; address not listed here for privacy reasons.**

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7

| **2/14/2020** | **Max Bonilla** | **/s/ Max Bonilla** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESNIK HAYES
MORADI LLP**

2

**MOTION TO
WITHDRAW**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

510 W. 6th Street, Suite 1220, Los Angeles, CA 90014

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/14/2020   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Frederic J DiSpigna fdispigna@mlg-defaultlaw.com, bkecf@mlg-defaultlaw.com; Kathy A Dockery (TR) EFiling@LATrustee.com;Sheryl D Noel snoel@ch-law.com, kimburgia@ch-law.com; Edward A Treder cdcaecf@bdfgroup.com; United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 02/14/2020   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein U.S. Bankruptcy Court: 255 E. Temple Street, Suite 1582 Los Angeles, CA 90012

Eduardo Enrique Vallejo: 508 North California Street, Burbank, CA 91505

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/14/2020   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

To the Debtor Via Email; Address not listed here for privacy reasons

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/14/2020 | Max Bonilla | /s/Max Bonilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                   Page 3              **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**