Matthew D. Resnik, Esq. (SBN 182562)
**RESNIK HAYES MORADI LLP**
510 W. 6th Street, Suite 1220
Los Angeles, CA 90014
Telephone:     (213) 572-0800
Facsimile:      (213) 572-0860
Email:           matt@rhmfirm.com

Attorney for Debtor,
Eduardo Vallejo

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | CASE NO.    2:19-bk-21271-SK |
| ) | |
| ) | CHAPTER    13 |
| Eduardo Vallejo ) | |
| ) | DEBTOR'S WITHDRAWAL OF |
| ) | DOCKET # 39 DEBTOR'S NOTICE |
| Debtor, ) | OF SECTION 341(A) MEETING AND |
| ) | HEARING ON CONFIRMATION OF |
| ) | CHAPTER 13 PLAN WITH COPY OF |
| ) | CHAPTER 13 PLAN |
| ) | |
| ) | (NO HEARING REQUIRED) |
| _____ ) | |

**TO THE HONORABLE SANDRA KLEIN, UNITED STATES BANKRUPTCY JUDGE; KATHY A. DOCKERY, CHAPTER 13 TRUSTEE; AND INTERESTED PARTIES:**

Debtor, Eduardo Vallejo, by and through his attorney of record, Matthew D. Resnik, hereby withdraw docket #39 Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan.

DATED: February 27, 2020                                By:  /s/Matthew D. Resnik
                                                                              Matthew D. Resnik, Esq.
                                                                              Attorney for Debtor

| In re: | | CHAPTER: 13 |
|---|---|---|
| Eduardo Enrique Vallejo | | |
| | Debtor(s). | CASE NUMBER: 2:19-bk-21271-SK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
510 W. 6th Street
Ste 1220
Los Angeles, CA 90014

A true and correct copy of the foregoing document entitled (*specify*):  __Debtor's Withdrawal of Docket #39 Debtor's Notice of Section 341a Notice__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  2/27/2020 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy Dockery: efiling@latrustee.com
UST: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  2/27/20 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 27, 2020 | Max Bonilla | /s/Max Bonilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **9013-3.1.PROOF.SERVICE**

Eduardo Enrique Vallejo
508 North California Street
Burbank, CA 91505


Matthew D. Resnik
RESNIK HAYES MORADI, LLP.
510 W. 6th Street
Ste 1220
Los Angeles, CA 90014


Bank of America
400 National Way/BK Dept
Mail Stop CA6-919-01-23
Simi Valley, CA 93065


Bank Of America
4161 Piedmont Parkway
Greensboro, NC 27410


Beisa Vallejo
508 North California Street
Burbank, CA 91505


Caliber Home Loans
PO BOX 650856
Dallas, TX 75265


Coleman & Horowitt, LLP
c/o Sheryl D. Noel, Esq
499 West Shaw, Ste. 116
Fresno, CA 93704


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Greensky Installment
1797 N East Expy NE
Atlanta, GA 30329


HSAM WHC Collections
2201 Lind Avenue SW Ste 200
Renton, WA 98057


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Maria Luisa Vallejo
CA


Net Credit
175 W Jackson Blvd
Chicago, IL 60604


Speedy Cash
PO BOX 780408
Wichita, KS 67278


Wheel Financial Group/Loan Mart
15400 Ventura Blvd #170
Van Nuys, CA 91406


Wheel Financial Group/Loan Mart
15400 Ventura Blvd #170
Van Nuys, CA 91406